Fill in this information to identify the case:

Debtor 1: Eric T Chandler

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 21-51021

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 5 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2025

**New total payment:** $ 2,276.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 288.41    New escrow payment: $ 252.88

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    Eric    T    Chandler      Case number (if known) 21-51021
          First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X *(signature)*      Date 08/25/2025

Print: Tiffany    Smith      Title **Bankruptcy Analyst**
     First Name    Middle Name    Last Name

Company: Trustmark

Address: P. O. Box 522
     Number    Street

Jackson    MS    39205
City    State    ZIP Code

Contact phone: 601-208-4489      Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT**   376     8/25/2025  12:37:12 PM ET    PFSP342

Account No  [         ]        Statement: Type        ANNUAL         Date        08/15/25

　　　　　　　　　　　　　　　BKR    POC ESC SHORT              2070.52

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 3034.63 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 252.88 | Cushion   C-1/6 | 505.76 |
| Cycle    10/01/25 - 09/30/26 | | RESPA Max 1/6 Cushion | 505.76 |
| Analysis Parameter Review | No ▼ | Loan Status Review | No ▼ |
| Anticipated Escrow Balance Detail | No ▼ | Current PITI | 2312.11 |
| | | PMI Termination Date | 00/00/00 |

### Results

Lowpoint Month: 08/26     Anticipated Bal     1657.88     Required Bal     505.76

　　　　　UNCOL LC    .00 REF    .00

| | | | |
|---|---|---|---|
| Current Escrow Shortage | 0.00 | Percentage of Change | -12.3192% |
| EA Shortage Spread Used | 0 | View Trial Balance Detail | No ▼ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 10/01/25 - |
|---|---|---|
| 2023.70 | PRINCIPAL & INTEREST | 2023.70 |
| 288.41 | ESCROW | 252.88 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | .00 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 2312.11 | TOTAL BORROWER PAYMENT | 2276.58 |

Message:                                    OK                                    MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT   376    8/25/2025  12:38:22 PM ET   PFSP344**

```
+---------------------------Trial  Balance  Detail  ----------------------------+
|   -- To  Escrow  --           -- From  Escrow  --      ---- Escrow  Balance  ---- |
|   Month     Antciptd    Cpindex    Antciptd       Desc         ANTCIPTD     Required   |
|                          STARTING BALANCE =>       1910.83       758.71             |
|   10/25     252.88       .00         .00                       2163.71      1011.59  |
|   11/25     252.88       .00         .00                       2416.59      1264.47  |
|   12/25     252.88       .00         .00      COUNTY           2669.47      1517.35  |
|   01/26     252.88       .00         .00                       2922.35      1770.23  |
|   02/26     252.88       .00         .00                       3175.23      2023.11  |
|   03/26     252.88       .00         .00                       3428.11      2275.99  |
|   04/26     252.88       .00         .00                       3680.99      2528.87  |
|   05/26     252.88       .00         .00                       3933.87      2781.75  |
|   06/26     252.88       .00         .00                       4186.75      3034.63  |
|   07/26     252.88       .00         .00                       4439.63      3287.51  |
|   08/26     252.88       .00       3034.63    HAZARD           1657.88       505.76  |
|   09/26     252.88       .00         .00                       1910.76       758.64  |
|                                                                                     |
+-------------------------------------------------------------------------------+
 ----
```

Message:   CLICK RETURN TO EXIT                        OK                              BOTTOM

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have on this 25th day of August, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**David Rawlings**
ecfnotices@rawlings13.net

*Tiffany Smith*
P.O. Box 522
Jackson, MS 39205

**Eric T Chandler**
83 Woodlands Trace
Hattiesburg, MS 39402

**Jennifer A Curry Calvillo**
jennifer@therollinsfirm.com