**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  August 27, 2025

ERIC T CHANDLER
83 Woodlands Trace
Hattiesburg, MS  39402

CASE NO.  21-51021 KMS

**RE:     NOTICE OF DEFAULT**

Dear Debtor:

   Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

   The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

   A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR:  FONDA BONEY

COUNSEL FOR DEBTOR:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 21-51021 KMS, ERIC T CHANDLER

## RECEIPT DATA

| | | | | | |
|---|---|---|---|---|---|
| TOTAL RCPTS: | $210,994.29 | # MO. SINCE CON: | 44 | RCPTS OVERDUE: | $13,621.72 |
| LAST RCPT: | 08/19/2025 | # MO. REMAINING: | 60 | | |
| RCPTS DUE: | $76,759.80 | TOTAL PLAN LENGTH: | 60 | | |

## RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| ERIC T CHANDLER | $3,058.00 | 10/27/2021 | 6 | MONTHLY |
| ERIC T CHANDLER | $5,884.00 | 04/27/2022 | 5 | MONTHLY |
| ERIC T CHANDLER | $6,002.00 | 09/27/2022 | 2 | MONTHLY |
| ERIC T CHANDLER | $4,324.77 | 11/27/2022 | 1 | MONTHLY |
| ERIC T CHANDLER | $0.00 | 12/27/2022 | 3 | MONTHLY |
| ERIC T CHANDLER | $6,459.75 | 03/27/2023 | 6 | MONTHLY |
| ERIC T CHANDLER | $3,817.29 | 09/27/2023 | 1 | MONTHLY |
| ERIC T CHANDLER | $0.00 | 10/27/2023 | 2 | MONTHLY |
| ERIC T CHANDLER | $6,209.00 | 12/27/2023 | 2 | MONTHLY |
| ERIC T CHANDLER | $0.00 | 02/27/2024 | 4 | MONTHLY |
| ERIC T CHANDLER | $6,073.73 | 06/27/2024 | 1 | MONTHLY |
| ERIC T CHANDLER | $6,400.00 | 07/27/2024 | 1 | MONTHLY |
| ERIC T CHANDLER | $6,000.00 | 08/27/2024 | 1 | MONTHLY |
| ERIC T CHANDLER | $7,254.31 | 09/27/2024 | 25 | MONTHLY |
| ERIC T CHANDLER | $0.00 | 10/27/2026 | End of Plan | WEEKLY |

RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 03/03/2025 | CSHC | 932383 | $2,630.00 | 0000353583 |
| 03/03/2025 | MO | 932384 | $8,600.00 | 0005062349 |
| 03/03/2025 | MO | 932385 | $1,000.00 | 22084760058 |
| 03/03/2025 | MO | 932386 | $1,000.00 | 22084760057 |
| 03/03/2025 | MO | 932387 | $1,000.00 | 22084760059 |
| 04/11/2025 | MO | 937557 | $1,000.00 | 22094090889 |
| 04/11/2025 | MO | 937558 | $300.00 | 22094089646 |
| 04/11/2025 | MO | 937568 | $500.00 | 19722308484 |
| 04/11/2025 | MO | 937569 | $500.00 | 19722308485 |
| 04/11/2025 | MO | 937570 | $500.00 | 19722308486 |
| 04/11/2025 | MO | 937571 | $500.00 | 19722308487 |
| 04/11/2025 | MO | 937572 | $1,000.00 | 22081866535 |
| 04/11/2025 | MO | 937573 | $1,000.00 | 22081866534 |
| 04/11/2025 | MO | 937574 | $1,000.00 | 22081866571 |
| 04/11/2025 | MO | 937576 | $1,000.00 | 22081866570 |
| 05/08/2025 | MO | 940503 | $1,000.00 | 22092174115 |
| 05/08/2025 | MO | 940504 | $1,000.00 | 22092174116 |
| 05/08/2025 | MO | 940505 | $1,000.00 | 22092174114 |
| 05/15/2025 | MO | 941457 | $1,000.00 | 22081867041 |
| 05/15/2025 | MO | 941458 | $1,000.00 | 22081867042 |
| 05/15/2025 | MO | 941459 | $1,000.00 | 22081867043 |
| 05/28/2025 | MO | 942891 | $1,000.00 | 29764957094 |
| 05/28/2025 | MO | 942892 | $300.00 | 29764957105 |
| 06/09/2025 | MO | 944400 | $500.00 | 19722572261 |
| 06/09/2025 | MO | 944401 | $500.00 | 19722572260 |
| 06/09/2025 | MO | 944402 | $500.00 | 19722572263 |
| 06/09/2025 | MO | 944403 | $500.00 | 19722572262 |
| 06/09/2025 | CSHC | 944404 | $3,000.00 | 0000386962 |
| 07/01/2025 | MO | 946818 | $1,000.00 | 38219600946 |
| 07/01/2025 | MO | 946819 | $1,000.00 | 38219600935 |
| 07/01/2025 | MO | 946820 | $300.00 | 38219600957 |
| 07/21/2025 | MO | 949342 | $500.00 | 38219615381 |
| 07/21/2025 | MO | 949343 | $1,000.00 | 38219615368 |
| 07/21/2025 | MO | 949344 | $1,000.00 | 38219615370 |
| 08/07/2025 | MO | 951313 | $1,000.00 | 22097493974 |
| 08/07/2025 | MO | 951314 | $1,000.00 | 22097493971 |
| 08/07/2025 | MO | 951315 | $1,000.00 | 22097493972 |
| 08/07/2025 | MO | 951316 | $1,000.00 | 22097493973 |
| 08/19/2025 | CSHC | 952666 | $1,500.00 | 0000409044 |