UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:   ERIC T. CHANDLER,                          CHAPTER 13
       Debtor                                 CASE NO: 21-51021 KMS

### TRUSTEE'S OBJECTION TO CONFIRMATION OF MODIFIED PLAN
### (POST-CONFIRMATION)

Comes now David Rawlings, Standing Chapter 13 Trustee, by and through his attorney, who would show the following for which relief is sought.  It is reasonably believed, and the proof will show that the Chapter 13 Plan (DK #100) modified on 09/09/2025 fails to comply with the following:

1.  A previous order at Docket #76 states in part that the unsecured creditors shall receive $7,571.37.

2.  The Motion To Modify Plan (Docket #100) in Paragraph 5 states in part to continue paying the priority and secured claims as ordered in confirmed plan.

3.  The proposed order attached to the Motion To Modify (Docket #100) also states in part to continue paying the priority and secured claims as ordered in confirmed plan.

4.  Although the trustee does not oppose the Motion To Modify filed, the trustee does respond in that per previous order entered in this case, in addition to continue paying the priority and secured claims, there is also a requirement to pay $7,571.37 to unsecured creditors.

5.  The trustee files this objection to avoid a possible conflict with an order previously entered.

Because the modified plan does not comply with the applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307, or confirmation

should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings, Chapter 13 Trustee prays:

1.      That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.

2.      The Trustee hereby objects to any amended plan filed hereafter.

3.      That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 09/16/2025

/s/ Brian Wilson, Atty for
David Rawlings
Chapter 13 Trustee

P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011
bwilson@rawlinsg13.net

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Objection via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; T.C. Rollins, P.O. Box 13767, Jackson, Mississippi 39236.

So certified this 16th day of September 2025.

/s/ Brian Wilson
Brian Wilson