

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Eric T Chandler, Debtor                          Case No. 21-51021-KMS
                                                          CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #100), the Objection filed by the Trustee (Dk #102) and that all parties have reached an agreement, the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan. Debtor shall surrender the 2021 Ford F150 truck to the Creditor, Ally Capital. Trustee shall cease ongoing payments to Creditor for the Vehicle. Trustee shall adjust the plan payment to the amount necessary to cease ongoing distributions to Ally Capital, to compensate for the lost plan payments, including any ongoing mortgage payments, with ongoing payments to resume in October 2025, and to continue to pay the priority and secured claims with the distribution to unsecured creditors of the liquidation amount of $7,571.37 per the order on the modified plan (Dk# 76). Trustee is authorized to adjust the wage order accordingly. Debtor must make payments as specified by modification.

##END OF ORDER##

SUBMITTED BY:                                             AGREED BY:
/s/ Thomas C. Rollins, Jr.                                /s/ Brian Wilson, Atty for
Thomas C. Rollins, Jr. (MS Bar No. 103469)                Brian Wilson
The Rollins Law Firm                                      Attorney for Chapter 13 Trustee
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR