OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011

DATE:  October 16, 2025

ERIC T CHANDLER
83 Woodlands Trace
Hattiesburg, MS  39402

**RE:** **NEW PLAN PAYMENT:  $5,866.00**
Case No.  21-51021 KMS

**REASON FOR DECREASE:  ORDER TO MODIFY PLAN TO SURRENDER VEHICLE TO ALLY CAPITAL, ADJUST OUT PAST DUE PAYMENTS AND RESUME OCTOBER 2025**

Dear Debtor:

Your Chapter 13 Plan payment has been decreased to the above stated sum.

If you are paying direct, then your next monthly Plan payment will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order will be sent to your employer and the new amount of your Plan payment will be withheld from your wages. Hopefully, this decrease in your Plan payment will aid you in staying current in the future.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236