**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Eric T Chandler, Debtor          Case No. 21-51021-KMS
                                                    **CHAPTER 13**

### <u>NOTICE</u>

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 2, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                     Jennifer Ann Curry Calvillo (MSBN 104367)
                                                     The Rollins Law Firm, PLLC
                                                     P.O. Box 13767
                                                     Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Eric T Chandler, Debtor                         Case No. 21-51021-KMS
                                                                    **CHAPTER 13**

### MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on September 27, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).

   a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.

3. Debtor's first plan payment after confirmation was due December 27, 2021. Debtor wishes to extend the term of this case to December 27, 2026.

4. Debtor requests that the Trustee recalculate the monthly plan payment as necessary to permit completion of the plan within the extended term.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.


Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ERIC T CHANDLER

CASE NO: 21-51021-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/2/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ERIC T CHANDLER

CASE NO: 21-51021-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/2/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51021-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
TUE JUN 2 9-54-49 PST 2026

ALLY CAPITAL
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS  IA 52408-8026

EXCLUDE

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

ADVANCE FINANCIAL 247
100 OCEANSIDE DRIVE
NASHVILLE  TN 37204-2351

EXCLUDE

~~(D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES  LP~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY  OK 73118-7901~~

ALLY FINANCIAL
PO BOX 9001951
LOUISVILLE  KY 40290-1951

ASPIRE
PO BOX 105555
ATLANTA  GA 30348-5555

BRIGHT LENDING
PO BOX 578
HAYS  MT 59527-0578

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CASH NET USA
200 WEST JACKSON BLVD
14TH FLOOR
CHICAGO  IL 60606-6929

CCBTODAYCARDEDS
PO BOX 84032
COLUMBUS  GA 31908-4032

CHECK INTO CASH
201 KEITH ST SW
SUITE 80
CLEVELAND  TN 37311-5867

CHECK INTO CASH
CUSTOMER SERVICE DEPT
PO BOX 550
CLEVELAND  TN 37364-0550

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

FARRAH CHANDLER
1329 VIRDEN AVE
GREENWOOD  MS 38930-7224

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FOSTER  MONROE
PO BOX 1301
BUFFALO  NY 14224-8301

FRANKLIN COLLECTION SE
2978 W JACKSON ST
TUPELO  MS 38801-6731

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

HUGHES FEDERAL CREDIT UNION
PO BOX 11900
TUCSON  AZ 85734-1900

HUGHES FCU
PO BOX 461385
TUCSON  AZ 85706

~~EXCLUDE~~

~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~
~~PO BOX 7999~~
~~SAINT CLOUD MN 56302-7999~~

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD  MS 38655-5442

LVNV FUNDING INC
PO BOX 10584
GREENVILLE  SC 29603-0584

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC   29603-0587

LENDUP
237 KEARNEY ST 372
SAN FRANCISCO  CA 94108-4502

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

MARINER FINANCE  LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

MILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499

NPRTO SOUTHEAST  LLC
256 WEST DATA DRIVE
DRAPER  UTAH 84020-2315

NAVY FCU
820 FOLLIN LANE SE
VIENNA  VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

PLAIN GREEN LOANS
PO BOX 270
HAYS  MT 59527

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROGRESSIVE LEASING
256 W DATA DR
DRAPER  UT 84020-2315

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND  WA  98083-0788

REPUBLIC FINANCE
PO BOX 17227
HATTIESBURG  MS 39404-7227

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE  SC 29601-2768

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

TODAY CARD
PO BOX 84032
COLUMBUS  GA 31908-4032

TOYOTA FINANCIAL
PO BOX 5855
CAROL STREAM  IL 60197-5855

TOYOTA MOTOR CREDIT CORPORATION
P O BOX 8026
CEDAR RAPIDS  IOWA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

TRUSTCARE EXPRESS MEDI
6176 US98
HATTIESBURG  MS 39402

TRUSTCARE EXPRESS MEDICAL CLINIC
CO FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO  MS 38803-3910

~~EXCLUDE~~

~~(D)(P)TRUSTMARK NATIONAL BANK~~
~~P O BOX 291~~
~~JACKSON MS 39205-0291~~

~~EXCLUDE~~

~~(D)(P)TRUSTMARK NATIONAL BANK~~
~~P O BOX 291~~
~~JACKSON MS 39205-0291~~

EXCLUDE

UHG I  LLC
6400 SHERIDAN DR
STE 138
BUFFALO  NY 14221-4842

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

UPSTART FINANCE
2 CIRCLE STAR WAY
SAN CARLOS  CA 94070-6200

DEBTOR

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

ERIC T CHANDLER
83 WOODLANDS TRACE
HATTIESBURG  MS 39402-8149

EXCLUDE

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

TASHUNDA D CHANDLER
83 WOODLANDS TRACE
HATTIESBURG  MS 39402-8149

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767